JOHN W. DEAN, Appellant, *v.* DAVID S. BIGGS, Respondent.

(Argued October 17, 1883 ; decided October 26, 1883.)

*Merritt King* for appellant.

*E. Countryman* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.